# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **Don Wheeler, et al.,** | ) |
|        **Plaintiffs,** | ) |
| | ) |
|        **v.** | )   Case No.  4:13-cv-00901-CAS |
| | ) |
| **American Economy Insurance Company,** | ) |
|        **Defendant.** | ) |

## ORDER

On May 13, 2013, the above styled cause was assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Northern Division case. Therefore, a Northern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Rodney W. Sippel, United States District Judge. **IT IS FURTHER ORDERED** that cause number 4:13-cv-00901-CAS be administratively closed.

Dated this 14th day of May, 2013.

                                                      James G. Woodward, Clerk of Court

                                                      By: /s/ Katie Spurgeon
                                                      Deputy In Charge

**In all future documents filed with the Court, please use the following case number: 2:13-cv-00039-RWS.**